```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 30055
    CHARLENE DELAIN WELLS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5009

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 08/12/2004 and was confirmed 10/04/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  22.41% from remaining funds.

    The case was paid in full 09/11/2007.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
ARONSON FURNITURE            SECURED             1000.00         41.84        1000.00
FRANKLIN CREDIT MANAGEME     CURRENT MORTG          .00            .00            .00
FRANKLIN CREDIT MANAGEME     MORTGAGE ARRE       400.00            .00         400.00
OCWEN FEDERAL BANK           CURRENT MORTG          .00            .00            .00
FAIRLANE CREDIT L L C        SECURED            11500.00       1172.92       11500.00
SST                          NOTICE ONLY       NOT FILED           .00            .00
SYSTEMS & SERVICES TECH      NOTICE ONLY       NOT FILED           .00            .00
AMERICAN GENERAL FINANCE     UNSECURED         NOT FILED           .00            .00
CAPITAL ONE SERVICES         NOTICE ONLY       NOT FILED           .00            .00
RISK MANAGEMENT ALYERNAT     NOTICE ONLY       NOT FILED           .00            .00
ECAST SETTLEMENT CORP        UNSECURED           868.32            .00         194.54
TCF NATIONAL BANK            UNSECURED         NOT FILED           .00            .00
ARONSON FURNITURE            UNSECURED           595.69            .00         133.46
FAIRLANE CREDIT L L C        UNSECURED         14696.17            .00        3292.68
KOFKIN SPRINGER & SCHEIN     DEBTOR ATTY        2,694.00                      2,694.00
TOM VAUGHN                   TRUSTEE                                          1,170.56
DEBTOR REFUND                REFUND                                               .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  21,600.00

PRIORITY                                              .00
SECURED                                         12,900.00
    INTEREST                                     1,214.76
UNSECURED                                        3,620.68
ADMINISTRATIVE                                   2,694.00
TRUSTEE COMPENSATION                             1,170.56
DEBTOR REFUND                                         .00
                         ---------------        ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 30055 CHARLENE DELAIN WELLS
```

```
TOTALS                                   21,600.00              21,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 01/03/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```